A. A. Lumpkin, of Amarillo, for appellee.

FOLLEY, Justice.

This is an appeal from a judgment in the sum of $589.54 in favor of the appellee and against the appellants.

The appellants have perfected an appeal but have failed to file briefs. The appellee has filed his brief asking for an affirmance of the judgment.

Finding no fundamental error in the record the judgment is affirmed. National Indemnity Underwriters of America v. Shelton, Tex.Civ.App., 115 S.W.2d 1140; McCulley v. Foster et al., Tex.Civ.App., 123 S.W.2d 705, and authorities cited.

Finding no fundamental error in the record the judgment is affirmed. National Indemnity Underwriters of America v. Shelton, Tex.Civ.App., 115 S.W.2d 1140; McCulley v. Foster et al., Tex.Civ.App., 123 S.W.2d 705, and authorities cited.

### FIRST NAT. BANK IN DALLAS v. SMITH.
### No. 12879.

Court of Civil Appeals of Texas. Dallas.
May 11, 1940.

Rehearing Denied June 15, 1940.

### CULLUM et al. v. CULLUM.
### No. 5174.

Court of Civil Appeals of Texas. Amarillo.
June 10, 1940.

Sturgeon & Sturgeon, of Pampa, for appellants.

A. A. Lumpkin, of Amarillo, for appellee.

FOLLEY, Justice.

This is an appeal from a judgment for $1,453.81 in favor of the appellee and against the appellants.

The appellants have failed to file briefs. The appellee has filed a brief in which he asks for an affirmance of the judgment.